```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
WILLIE PATTON, JR.,              :
                                 :
      Petitioner,                :
                                 :
vs.                              :   CIVIL ACTION 09-0613-WS-M
                                 :
CITY OF MOBILE,                  :
                                 :
      Respondent.                :
```

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 28th day of December, 2009.

<u>s/WILLIAM H. STEELE</u>
UNITED STATES DISTRICT JUDGE