```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

```
LOU PATTON-BEY,                    :
                                   :
        Petitioner,                :
                                   :
vs.                                :   CIVIL ACTION 09-0613-WS-M
                                   :
CITY OF MOBILE,                    :
                                   :
        Respondent.                :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 28th day of December, 2009.


                                    s/WILLIAM H. STEELE
                                    UNITED STATES DISTRICT JUDGE